1  Your Name: Malik M Justin
2  Address: 481 Minna ST #301
3  Phone Number: SF, CA, 94103
4  Fax Number:
5  E-mail Address:
6  Pro Se Plaintiff

**FILED**
APR 22 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Malik M Justin

    Plaintiff,

        v.

Draya Michele

    Defendant.

Case Number **CV25 3505 TSH**    [leave blank]

**COMPLAINT**

DEMAND FOR JURY TRIAL
Yes ☐    No ☒

I.  **PARTIES**

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]
   Name: Malik M Justin
   Address: 481 Minna ST #301
   Telephone:

2. Defendants. [Write each defendant's full name, address, and phone number.]
   Defendant 1:
   Name: Draya Michele
   Address:
   Telephone:

Defendant 2:

Name: _____

Address: _____

Telephone: _____

Defendant 3:

Name: _____

Address: _____

Telephone: _____

## II. JURISDICTION

Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.

3. My case belongs in federal court

☐ under <u>federal question jurisdiction</u> because it involves a federal law or right.

Which federal law or right is involved?

_____

☒ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

## III. VENUE

The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.

4. Venue is appropriate in this Court because:

☐ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u>

I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

## IV.  INTRADISTRICT ASSIGNMENT

This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.

1. Because this lawsuit arose in __SAN Francisco__ County, it should be assigned to the __SAN Francisco__ Division of this Court.

## V.  STATEMENT OF FACTS

Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.

## VI. CLAIMS

### First Claim

Name the law or right violated:

USC-2261A USC-18 ~~DD~~ MJ   USC-35-271

Name the defendants who violated it:

_____

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

**_____ Claim**

Name the law or right violated:

_____

Name the defendants who violated it:

## VII. DEMAND FOR RELIEF

State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.

_____

_____

_____

_____

_____

_____

_____

_____

_____

## VIII. DEMAND FOR JURY TRIAL

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 04-22-24     Sign Name: _____

Print Name: _____

Copy this page and insert it where you need additional space.