UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MALIK M. JUSTIN,

        Plaintiff,

    v.

DRAYA MICHELE,

        Defendant.

Case No. 25-cv-03505-TSH

**ORDER TO SHOW CAUSE**

On April 23, 2025, the Court granted Plaintiff Malik M. Justin's in forma pauperis application, screened his complaint pursuant to 28 U.S.C. § 1915, and directed him to file a first amended complaint by May 22, 2025. ECF No. 4. The Court warned Plaintiff that if he failed to cure the deficiencies identified in the screening order, the case would be reassigned to a district judge with a recommendation for dismissal. Plaintiff has failed to respond.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962). Accordingly, the Court **ORDERS** Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by June 11, 2025. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that you do not intend to prosecute, and this case will likely be dismissed</u>. Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: May 28, 2025

THOMAS S. HIXSON
United States Magistrate Judge